# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV. 4322                                           Purchased/Filed: May 7, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT

---

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local                    Plaintiff

against

Barrier Motor Fuels, Inc. f/k/a Barrier Oil Corp., et al                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 12, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on ___Barrier Motor Fuels, Inc.___, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___38___  Approx. Wt: ___145___  Approx. Ht: ___5'5"___
Color of skin: ___White___  Hair color: ___Blonde___  Sex: ___F___  Other: ___

Sworn to before me on this
13th day of ___May, 2008___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0804610

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**