UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) ) ) | Index # 08-CIV-4322 (SCR) |
| Plaintiffs, | ) ) ) | **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |
| -against- BARRIER MOTOR FUELS, INC. f/k/a BARRIER OIL CORP. And BUCHANAN EQUITIES, INC. and WAYNE JEFFERS, | ) ) ) ) ) ) | |

TO:   Clerk of the United States District Court for the
        Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, BARRIER

MOTOR FUELS, INC. f/k/a BARRIER OIL CORP. and BUCHANAN EQUITIES, INC. and WAYNE

JEFFERS, having failed to appear or answer the Summons and Complaint, you are requested to enter a

Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare,

Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Fund, (hereinafter

referred to as the "FUNDS"); and the Westchester Teamsters Local Union No. 456 (hereinafter referred

to as the "Union"), and against the Defendant BARRIER MOTOR FUELS, INC. f/k/a BARRIER OIL

CORP. and BUCHANAN EQUITIES, INC. and WAYNE JEFFERS, in the sum of $785,805.16 which

includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated:  Elmsford, New York
        July 9, 2008

Dana L. Henke, Esq.(DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515