UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| -against- | ) ) ) |
| BARRIER MOTOR FUELS, INC. f/k/a BARRIER OIL CORP. And BUCHANAN EQUITIES, INC. and WAYNE JEFFERS, | ) ) ) ) |
| Defendant. | ) ) ) |

Index # 08-CIV-4322 (SCR)

**DEFAULT JUDGMENT**

This action having been commenced on May 7, 2008 with the filing of the summons and complaint and the summons and complaint were served upon Barrier Motor Fuels, Inc. f/k/a Barrier Oil Corp. and Buchanan Equities, Inc. on May 12, 2008 via New York's Secretary of State and both Proof's of Service were filed with the Clerk of this Honorable Court on June 16, 2008, Wayne Jeffers was served with the summons and complaint on June 9, 2008 via personal service and the Proof of Service was filed with the Clerk of this Honorable Court on June 16, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Seven Hundred Eighty Five Thousand Eight Hundred Five Dollars and Sixteen Cents ($785,805.16) which includes the following: Benefit Fund Contributions due and owing in the sum of $526,462.08 for the period 1/01/00-8/31/05, 5/07-5/08; plus liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $52,646.20; interest at the rate 10% per annum for each delinquent month through to July, 2008 in the sum $127,297.57; attorneys' fees calculated at 15% of the principal delinquency amount in the sum of $78,969.31; plus court costs and disbursements of this action in the sum of $430.00.

USDC SDNY
DOCU...
ELECT...
DOC #:
DATE FIL...

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       July 22        , 2008

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.